# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe, | No. CV-24-08100-PCT-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Embry Riddle Aeronautical University Incorporated, | |
| Defendant. | |

The Court having considered Plaintiff Jane Doe's Unopposed Motion to Proceed Anonymously (the "Motion") (Doc. 52), and being otherwise fully advised in the premises, hereby determines that Plaintiff's highly sensitive and personal allegations, the public interest in protecting the identity of survivors of alleged rape and sexual abuse, and the lack of prejudice to Defendant, support Plaintiff's request to proceed anonymously. Accordingly,

**IT IS ORDERED** that Plaintiff, JANE DOE's Motion to Proceed Anonymously is GRANTED.

Dated this 26th day of August, 2024.

Honorable Susan M. Brnovich
United States District Judge