Seth M. Lehrman *(Admitted Pro Hac Vice)*
seth@lerhmanlaw.com
LEHRMAN LAW
6501 Park of Commerce Blvd., Suite 253
Boca Raton, FL 33487
Telephone: 754-778-9660

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe,<br><br>  Plaintiff,<br><br>  v.<br><br>Embry-Riddle Aeronautical University, Inc., a Florida not for profit Corporation,<br><br>  Defendant. | No. 3:24-cv-08100-SMB<br><br>**JOINT STIPULATION FOR EXTENSION OF CASE DEADLINES**<br><br>(First Request) |

Plaintiff Jane Doe and Defendant Embry-Riddle Aeronautical University, Inc. ("ERAU"), pursuant to the LRCiv 7.3, and through their respective undersigned counsel, hereby respectfully submit the following Joint Stipulation and separate (Proposed) Order to modify by approximately 30 days the current remaining discovery pretrial deadlines and deadline to engage in settlement talks, set forth in the Court's Case Management Order [DE 44].

Good cause exists for the requested extensions because the Parties have exercised diligence to comply with the deadlines set forth in the existing Case Management Order. Despite the Parties' efforts, they are unable to complete discovery under the present deadlines and seek an extension to comply with the various deadlines, due to delays outside of the Parties' control, including Hurricanes Helene and Milton and ERAU's trial schedule.

Plaintiff had previously set the R. 30(b)(6) deposition of Defendant on October 11, 2024. However, the parties agreed to cancel and reset this deposition because a hurricane

1  was affecting Daytona Beach, Florida, where Defendant's representative is located.
2  Counsel for both parties have agreed to reset the deposition of Defendant to February 20,
3  2025.
4      Accordingly, the Parties request approximately 30-day extensions of time for each
5  of the following deadlines: fact discovery, expert disclosures, rebuttal expert disclosures,
6  expert depositions and good faith settlement talks. If the requested extensions are granted,
7  the new deadlines would be as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery | 2/28/2025 | 3/28/2025 |
| Expert Disclosures | 3/28/2025 | 5/2/2025 |
| Rebuttal expert disclosures | 4/25/2025 | 5/30/2025 |
| Expert Depositions | 5/30/2025 | 6/27/2025 |
| Good Faith Settlement Talks | 2/28/2025 | 4/18/2025 |

13      This is the first request by the Parties for the modification of the Case Management
14  Order. The Parties have exercised diligence to comply with the existing deadlines but
15  cannot comply with them without suffering unfair prejudice, and an extension is needed to
16  ensure the fair administration of justice.
17      For the foregoing reasons, the Parties respectfully request that the Court enter the
18  Order lodged concurrently with this Stipulation.
19  DATED this 14th day of January, 2025.

21  LEHRMAN LAW                                       SNELL & WILMER L.L.P.

22  By: *s/ Seth M. Lehrman*                      By: *s/ Joshua Woodard*
     Seth M. Lehrman                                 Joshua Woodard
23      6501 Park of Commerce Blvd.           Audrey E. Chastain
     Suite 253                                        One East Washington Street
24      Boca Raton, FL 33487                   Suite 2700
     *Attorneys for Plaintiff*                     Phoenix, AZ 85004
25                                                      *Attorneys for Defendant*

| | |
|---|---|
| 1 | GALLAGHER & KENNEDY, P.A. |
| 2 | By: *s/ Matthew R. Boatman* |
| 3 | Matthew R. Boatman<br>2575 E. Camelback Rd., 11th Floor |
| 4 | Phoenix, AZ  85016<br>*Attorneys for Plaintiff* |