# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe,<br><br>    Plaintiff,<br><br>v.<br><br>Embry Riddle Aeronautical University Incorporated,<br><br>    Defendant. | No. CV-24-08100-PCT-SMB<br><br>**ORDER** |

Pursuant to the Stipulation for Extension of Case Deadlines (Doc. 60) and good cause appearing,

**IT IS HEREBY ORDERED** extending the case deadlines as follows:

| Event | Deadline |
|---|---|
| Fact discovery | 3/28/2025 |
| Expert Disclosures | 5/2/2025 |
| Rebuttal expert disclosures | 5/30/2025 |
| Expert Depositions | 6/27/2025 |
| Good Faith Settlement Talks | 4/18/2025 |
| Dispositive Motions | 7/28/25 |

**IT IS FURTHER ORDERED** the July 11, 2025 telephonic trial setting conference is reset to **August 11, 2025 at 9:15 a.m.** (15 minutes allowed).

Dated this 15th day of January, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge