

1  Joshua Woodard (Bar #015592)
   jwoodard@swlaw.com
2  Audrey E. Chastain (Bar #033998)
   achastain@swlaw.com
3  SNELL & WILMER L.L.P.
   One East Washington Street
4  Suite 2700
   Phoenix, AZ  85004
5  Telephone: (602) 382-6000
   Facsimile: (602) 382-6070
6
   *Attorneys for Defendant*
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Jane Doe, | No. 3:24-cv-08100-SMB |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR EXTENSION OF CASE DEADLINES** |
| Embry-Riddle Aeronautical University, Inc., a Florida not for profit Corporation, | |
| Defendant. | **(Second Request)** |

Pursuant to LRCiv 7.3, the parties respectfully submit the following Joint Stipulation and separate Proposed Order and request that the Court modify its Case Management Order [Doc. 44] and January 15, 2025 Order [Doc. 62] to extend the remaining case deadlines by approximately 60 days, as set forth below. This is the second request by the parties for the modification of the Case Management Order [Doc. 44].

Good cause exists for the requested extensions because the parties have engaged in written discovery, have exchanged multiple disclosure statements, and Plaintiff has taken the Rule 30(b)(6) deposition of Embry-Riddle Aeronautical University, Inc. ("ERAU"). However, due to circumstances beyond the parties' control, including ERAU's, Plaintiff's, and counsel's work-related schedules, the parties are unable to complete discovery – including ERAU's taking Plaintiff's deposition – under the present deadlines.

Accordingly, the parties request an approximately 60-day extension on each of the remaining case deadlines, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery | 3/28/2025 | 5/30/2025 |
| Expert Disclosures | 5/2/2025 | 7/3/2025 |
| Rebuttal Expert Disclosures | 5/30/2025 | 8/1/2025 |
| Expert Depositions | 6/27/2025 | 8/29/2025 |
| Good Faith Settlement Talks | 4/18/2025 | 6/20/2025 |
| Dispositive Motions | 7/28/2025 | 9/26/2025 |

For the foregoing reasons, the parties respectfully request that the Court enter the separate Proposed Order lodged concurrently with this Stipulation.

DATED this 25th day of March, 2025.

LEHRMAN LAW

By: *s/ Seth M. Lehrman*
   Seth M. Lehrman
   6501 Park of Commerce Blvd.
   Suite 253
   Boca Raton, FL 33487
   *Attorneys for Plaintiff*

SNELL & WILMER L.L.P.

By: *s/ Joshua Woodard*
   Joshua Woodard
   Audrey E. Chastain
   One East Washington Street
   Suite 2700
   Phoenix, AZ 85004
   *Attorneys for Defendant*

GALLAGHER & KENNEDY, P.A.

By: *s/ Matthew R. Boatman*
   Matthew R. Boatman
   2575 E. Camelback Rd., 11th Floor
   Phoenix, AZ 85016
   *Attorneys for Plaintiff*

4901-7346-4108