IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe,<br><br>      Plaintiff,<br><br>v.<br><br>Embry-Riddle Aeronautical University, Inc., a Florida not for profit Corporation,<br><br>      Defendant. | No. 3:24-cv-08100-SMB<br><br>**ORDER RE JOINT STIPULATION FOR EXTENSION OF CASE DEADLINES**<br><br>**(Second Request)** |

Pursuant to the Joint Stipulation for Extension of Case Deadlines and good cause appearing,

**IT IS HEREBY ORDERED** extending the case deadlines as follows:

| Event | Deadline |
|---|---|
| Fact Discovery | 5/30/2025 |
| Expert Disclosures | 7/3/2025 |
| Rebuttal Expert Disclosures | 8/1/2025 |
| Expert Depositions | 8/29/2025 |
| Good Faith Settlement Talks | 6/20/2025 |
| Dispositive Motions | 9/26/2025 |

**IT IS FURTHER ORDERED** the August 11, 2025 telephonic trial setting conference is reset to _____, 2025 at _____ a.m./p.m. (15 minutes allowed).

4900-6611-6908