# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Embry Riddle Aeronautical University Incorporated,<br><br>　　　　Defendant. | No. CV-24-08100-PCT-SMB<br><br>**ORDER** |

Pursuant to the Joint Stipulation for Extension of Case Deadlines (Doc. 68) and good cause appearing,

**IT IS HEREBY ORDERED** extending the case deadlines as follows:

- Fact Discovery: **5/30/2025**
- Expert Disclosures: **7/3/2025**
- Rebuttal Expert Disclosures: **8/1/2025**
- Expert Depositions: **8/29/2025**
- Good Faith Settlement Talks: **6/20/2025**
- Dispositive Motions: **9/26/2025**

**IT IS FURTHER ORDERED** the August 11, 2025 telephonic trial setting conference is reset to **October 10, 2025 at 9:15 a.m.** (15 minutes allowed).

No further extensions will be granted based on the parties scheduling difficulties.

Dated this 26th day of March, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge