Joshua Woodard (Bar #015592)
jwoodard@swlaw.com
Audrey E. Chastain (Bar #033998)
achastain@swlaw.com
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, AZ 85004
Telephone: (602) 382-6000
Facsimile: (602) 382-6070

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Embry-Riddle Aeronautical University, Inc., a Florida not for profit Corporation,<br><br>　　　　Defendant. | No. 3:24-cv-08100-SMB<br><br>**JOINT REPORT ON SETTLEMENT TALKS** |

Pursuant to the Court's Case Management Order [Doc. 44] and Order [Doc. 69], the parties, by and through undersigned counsel, hereby submit this Joint Report on Settlement Talks:

On June 10, 2025, the parties engaged in good faith settlement discussions[1], which continued via email. A settlement was not reached. At this time, the parties do not believe that assistance from the Court is needed in seeking settlement of the case.

---

[1] Due to the spread of all parties and counsel amongst four states, the parties engaged in such discussions via Zoom (including use of the webcam feature).

4926-1285-0511

DATED this 20th day of June, 2025.

LEHRMAN LAW

By: *s/ Seth M. Lehrman*
  Seth M. Lehrman
  6501 Park of Commerce Blvd.
  Suite 253
  Boca Raton, FL 33487
  *Attorneys for Plaintiff*

SNELL & WILMER L.L.P.

By: *s/ Joshua Woodard*
  Joshua Woodard
  Audrey E. Chastain
  One East Washington Street
  Suite 2700
  Phoenix, AZ  85004
  *Attorneys for Defendant*

GALLAGHER & KENNEDY, P.A.

By: *s/ Matthew R. Boatman*
  Matthew R. Boatman
  2575 E. Camelback Rd., 11th Floor
  Phoenix, AZ  85016
  *Attorneys for Plaintiff*

4926-1285-0511